UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Steven Wolfe Thompson,<br>Attorney at Law, Bar No. 6463 | Case No. 2:22-ms-00104<br><br>ORDER OF SUSPENSION |

On December 13, 2022, this Court entered an Order to Show Cause ("OSC"), mailed via certified mail. The delivery status of the OSC is unknown. However, the OSC provided Mr. Thompson with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Steven Wolfe Thompson. Failure to respond within 30 days warrants an Order of Suspension. *See* LR IA 11-7.

It is therefore ordered that Steven Wolfe Thompson, Bar No. 6463, is hereby suspended from practice in the United States District Court for the District of Nevada.

DATED THIS 15th Day of March 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 22nd day of March 2023, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

>Steven Wolfe Thompson
>P.O. Box 93123
>Las Vegas, NV 89193

Certified Mail No.: 7020 3160 0000 7420 3111

>/s/ Sharon H.
>Deputy Clerk
>United States District Court
>District of Nevada